IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

SAMMY HENDERSON, INDIVIDUALLY AND ON
BEHALF OF ALL THE WRONGFUL DEATH
BENEFICIARIES OF WANDA HENDERSON,
DECEASED                                                                                          PLAINTIFF

VS                                             CIVIL ACTION NO. 2:04cv211-M-B

FORD MOTOR COMPANY, FLATLAND FORD,
LINCOLN, MERCURY, INC. F/K/A HANNAFORD
FORD, LINCOLN, MERCURY, INC., TRW
AUTOMOTIVE PRODUCTS, INC. AND TRW
AUTOMOTIVE, INC.                                                                          DEFENDANTS

## ORDER TO EXTEND DEADLINES

**BEFORE THE COURT** is Plaintiff's *ore tenus* Motion to Extend Deadline for Discovery in the above-referenced case. Counsel having represented to this Court that there is no objection to same, and the Court, being fully advised in the premises, finds that the Motion is well taken and should be granted.

1. All discovery shall be completed on or before June 30, 2006.

2. All other deadlines and the trial setting shall remain unchanged.

**SO ORDERED** this 4th day of May, 2006.

/s/ Eugene M. Bogen
United States Magistrate Judge

Order Prepared for and submitted by:

Sara B. Russo, Esquire (MSB#101440)
CHAPMAN, LEWIS & SWAN
501 First Street
P.O. Box 428
Clarksdale, MS 38614
Telephone: (662) 627-4105
Telecopier: (662) 627-4171