IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**SAMMY HENDERSON, INDIVIDUALLY AND ON
BEHALF OF ALL THE WRONGFUL DEATH
BENEFICIARIES OF WANDA HENDERSON,
DECEASED**   **PLAINTIFF**

**VS**   **CIVIL ACTION NO. 2:04cv211-M-B**

**FORD MOTOR COMPANY, ET AL.,**   **DEFENDANTS**

## ORDER DENYING MOTION FOR RECONSIDERATION

**BEFORE THE COURT** is Defendant Ford Motor Company's motion [doc. 130] for reconsideration and for an order vacating this Court's Order dated February 28, 2006. Having duly considered the submissions of the parties, including affidavits and other submissions, I am of the opinion the motion should be denied. The evidence clearly establishes Ford failed to tender a 30(b)(6) designee prepared to testify regarding all topics of inquiry for its duly noticed deposition on January 10, 2006. Accordingly, those sanctions imposed in the Court's previous Order shall stand, and the instant motion is hereby **DENIED**.

As regards Plaintiff's counsel's Affidavit [doc. 131] of fees and expenses filed March 14, 2006, Defendant Ford has requested additional time in which to file a substantive response [doc. 137]. Therefore, it is **HEREBY ORDERED** that Defendant shall have additional time until May 26, 2006, to file any such response.

**SO ORDERED** this, the 19th day of May, 2006.

                                           **/s/ Eugene M. Bogen**
                                           **UNITED STATES MAGISTRATE JUDGE**