# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

SAMMY HENDERSON, INDIVIDUALLY AND ON
BEHALF OF ALL THE WRONGFUL DEATH
BENEFICIARIES OF WANDA HENDERSON,
DECEASED                                                         PLAINTIFF

VS                                 CIVIL ACTION NO. 2:04cv211-M-B

FORD MOTOR COMPANY, FLATLAND FORD,
LINCOLN, MERCURY, INC. F/K/A HANNAFORD
FORD, LINCOLN, MERCURY, INC., TRW
AUTOMOTIVE PRODUCTS, INC. AND TRW
AUTOMOTIVE, INC.                                            DEFENDANTS

## ORDER

**BEFORE THE COURT** is Plaintiff's motion [doc. 185] for leave to designate another expert. For good cause shown, the motion is well-taken and hereby **GRANTED**. Accordingly, plaintiff shall have additional time until December 11, 2006, to designate an expert economist.

**SO ORDERED** this 6th day of November, 2006.

                                                       /s/ Eugene M. Bogen
                                                       United States Magistrate Judge